[No. 32615-2-III.   Division Three.   December 10, 2015.]

JAMES T. MORROW ET AL., *Appellants*, v. JOHN DOE TOMSHA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-2-00526-6, Michael P. Price, J., entered June 17, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 69124-4-I.   Division One.   December 14, 2015.]

ANUP KHELA, *Respondent*, v. KALEN PETERS ET AL., *Defendants*, ASSET MANAGEMENT HOLDINGS, LLC, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-40211-8, Gregory P. Canova, J., entered June 22, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Lau, JJ.

[No. 72655-2-I.   Division One.   December 14, 2015.]

TAMMY BECK, *as Personal Representative*, *Appellant*, v. DARREN E. GRAFE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-28648-9, Mary E. Roberts, J., entered September 19, 2014. *Reversed* by unpublished opinion per Becker, J., concurred in by Spearman, C.J., and Verellen, J.